Phillip J. LYONS, Plaintiff—Appellant,

v.

Theodore KOCUR; et al., Defendants—
Appellees.

No. 04–15335.

D.C. No. CV–02–000959–KJD.

United States Court of Appeals,
Ninth Circuit.

Submitted Feb. 7, 2005.*

Decided Feb. 14, 2005.

Phillip J. Lyons, pro se, Lovelock, NV.

Frankie Sue Del Papa, Brian Sandoval,
AGNV—Office of the Nevada Attorney
General, Carson City, NV, Mark S. Braun,
Esq., Susan M. Carrasco, AGNV—Office
of the Nevada Attorney General, Las Ve-
gas, NV, for Defendants—Appellees.

Before FERNANDEZ, GRABER, and
GOULD, Circuit Judges.

MEMORANDUM**

Nevada state prisoner Phillip J. Lyons
appeals pro se the district court's sum-
mary judgment dismissing his 42 U.S.C.
§ 1983 action alleging that various prison
officials violated his constitutional rights
by retaliating against him for filing admin-
istrative grievances and assisting another
inmate in filing a lawsuit. We have juris-
diction pursuant to 28 U.S.C. § 1291. We

* The panel unanimously finds this case suitable
for decision without oral argument. See Fed.
R.App. P. 34(a)(2).

** This disposition is not appropriate for publi-
cation and may not be cited to or by the

review de novo, *Oliver v. Keller,* 289 F.3d
623, 626 (9th Cir.2002), and we affirm.

Summary judgment was proper on
Lyon's retaliation claims because he failed
to raise a genuine issue of material fact as
to whether his placement in solitary con-
finement and the disciplinary reports is-
sued against him were unrelated to legiti-
mate penological interests. *See Pratt v.
Rowland,* 65 F.3d 802, 806 (9th Cir.1995).

**AFFIRMED.**

courts of this circuit except as provided by
Ninth Circuit Rule 36–3.

